CHOY CHONG WOH & CO. v. UNITED STATES.

(Circuit Court of Appeals, Second Circuit.  March 26, 1907.)

No. 225 (4,165).

CUSTOMS DUTIES—CLASSIFICATION—DRIED MUSHROOMS—MUSHROOMS PRE-
SERVED IN TINS.

Mushrooms dried in order to preserve them and placed in hermetically
sealed tins holding from 30 to 45 pounds, are within the provision in
Tariff Act July 24, 1897, c. 11, § 1, Schedule G, par. 241, 30 Stat. 170 [U.
S. Comp. St. 1901, p. 1649], relating to "mushrooms prepared or preserved,
in tins, jars, bottles or similar packages," rather than paragraph 257, 30
Stat. 171 [U. S. Comp. St. 1901, p. 1650], relating to "vegetables in their
natural state."

Appeal from the Circuit Court of the United States for the Southern
District of New York.

The decision below reads as follows:

WHEELER, District Judge.  These are mushrooms dried wholly by evap-
oration, without other treatment, and imported in large zinc-lined boxes for
protection and convenience in transportation.  They appear to be "vegetables
in their natural state," as classified (Kraut v. U. S. [C. C.] 139 Fed. 94), and
do not appear to be in any sense preserved in tins, jars, bottles, or similar
packages as claimed.

Decision affirmed.

Everit Brown, for importers.

D. Frank Lloyd, Asst. U. S. Atty.

Before LACOMBE, TOWNSEND, and COXE, Circuit Judges.

PER CURIAM.  The articles in question are mushrooms inclosed
in tin boxes holding from 30 to 45 pounds.  They were assessed for
duty under paragraph 257, Act July 24, 1897, c. 11, § 1, Schedule G,
30 Stat. [U. S. Comp. St. 1901, p. 1650], at 25 per cent. ad valorem as
"vegetables in their natural state, not specially provided for."  The
importers, appealing from this classification and assessment, claim
that the mushrooms in this condition are dutiable at 2½ cents per
pound, under the provision of paragraph 241 of said act for "beans,
peas, and mushrooms prepared or preserved, in tins, jars, bottles or
similar packages."  The uncontradicted testimony is to the effect that
these mushrooms have been sun dried or kiln dried, or both, in order
to preserve them, and have then been placed in hermetically sealed
tins, inclosed in outside wooden boxes to protect the tin.  There can
be no question, therefore, that these mushrooms are "prepared or
preserved in tins," and, being thus specially provided for by paragraph
241, are excluded from the provisions of paragraph 257.

The judgment is reversed.